UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGHTY DREAMS LLC,<br>                    Plaintiff(s),<br>       v.<br><br>SHENZHEN BEIANEN AUTOMOTIVE SUPPLIES CO LTD et al.,<br>                    Defendant(s). | CASE NO. C24-00793-KKE<br><br>ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY AND ADDITIONAL TIME TO COMPLETE SERVICE |

This matter comes before the Court on Plaintiff's *ex parte* application for order granting expedited discovery and for additional time to complete service (Dkt. No. 7). On September 16, 2024, the Court denied Plaintiff's motion for alternative service because Plaintiff failed to show that service to the email it identifies comports with due process. Dkt. No. 6. The Court denied Plaintiff's motion without prejudice, allowing Plaintiff to refile once it provides information showing that service to the identified email address will apprise Defendants of this action. *Id.*

Plaintiff now requests that the Court grant limited expedited discovery in this case and allow additional time to complete service. Dkt. No. 7 at 3. Specifically, Plaintiff intends to send subpoenas to non-party Amazon.com to determine the email addresses and contact information associated with Defendants' Amazon.com seller accounts. *Id.* Plaintiff then plans to refile its motion for alternative service based on those subpoenas' results. *Id.*

//

For good cause shown, the Court GRANTS Plaintiff's motion for expedited discovery and for additional time to complete service. Plaintiff is authorized to serve expedited discovery on non-party Amazon.com to identify the contact information associated with Defendants' Amazon.com seller accounts. Plaintiff shall complete service within 150 days of this order.

Dated this 1st day of October, 2024.

Kymberly K. Evanson
United States District Judge