Hon. Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIGHTY DREAMS, LLC, | Case No. 2:24-cv-00793-KKE |
| Plaintiff, | **Order on Motion for Leave to File Over-Length Brief (LR 7(f))** |
| v. | NOTE TO CALENDAR: March 20, 2025 |
| SHENZHEN BEIANEN AUTOMOTIVE SUPPLIES CO., LTD, | |
| and | |
| SHENZHEN CHANGFUWEI FURNITURE CO., LTD, | |
| Defendants. | |

This matter coming before the Court on Plaintiff's Motion for Leave to file an overlength brief pursuant to Local Civil Rule 7(f), and good cause being shown therefore, it is HEREBY ORDERED that Plaintiff's motion is granted, and may file a Motion for Default Judgment not to exceed 5200 words, excluding captions and signature blocks.

SO ORDERED this 24th day of March, 2025.

*Kymberly K Evanson*
―――――――――――――――――
Kymberly K. Evanson
United States District Judge

1

Order on Motion for Leave to File Overlength Brief (No. 2:24-cv-00793-KKE) - 1

Revision Legal, PLLC
444 Cass St. Suite D
Traverse City, MI 49684
(231) 714-0100

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229